UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HENRY,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC,

    Defendant.

Case No. 14-cv-04858-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to the agreement of the parties, Federal Rule of Civil Procedure 16, and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to complete private mediation | November 20, 2015 |
| Opening class certification brief due | March 2, 2016 |
| Opposition to class certification due | May 2, 2016 |
| Reply brief in support of class certification due | June 1, 2016 |
| Class certification hearing | June 16, 2016 |

The Court will conduct a further case management conference on June 3, 2015 at 2:00 p.m. A joint case management statement is due ten court days beforehand.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

manner and appear on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above dates as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated:  February 12, 2015

_____
JON S. TIGAR
United States District Judge