DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant

SHAUN SETAREH (SBN 205514)
TUVIA KOROBKIN (SBN 268066)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com
tuvia@setarehlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 14-04858 JST<br><br>[Assigned to the Honorable Jon S. Tigar for All Purposes]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Michael Henry ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and represent as follows:

1. On September 10, 2015, defendant filed a motion for partial summary judgment ("motion") as to plaintiff's unpaid overtime claim.

2. The hearing on this motion is currently set for October 15, 2015 at 2:00 p.m. in Courtroom 9.

3. Plaintiff desires to take additional discovery, including the depositions of several witnesses, in order to oppose defendant's motion.  Due to a number of scheduling conflicts, and the fact that all of the depositions require out-of-town travel by plaintiff's counsel, defendant's counsel, or both, this discovery cannot be completed until October 30, 2015.

4. The parties have not previously requested a continuance of any date in this matter.

NOW, THEREFORE, plaintiff and defendant hereby stipulate and agree as follows:

1. That the hearing on defendant's motion, currently set for October 15, 2015 be continued to December 10, 2015 at 2:00 p.m. in Courtroom 9 of this Court.

2. That plaintiff's opposition to defendant's motion shall be due on November 5, 2015, and defendant's reply shall be due November 12, 2015.


Dated:  October 1, 2015            AKIN GUMP STRAUSS HAUER & FELD, LLP


                                   By     /s/Donna Mezias
                                          Donna M. Mezias
                                   Attorneys for Defendant Home Depot U.S.A., Inc.

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1   Dated:  October 1, 2015

3              By       */s/ Shaun Setareh*
4                       Shaun Setareh
                        Attorneys for Plaintiff Michael Henry

7   **IT IS HEREBY ORDERED** that the hearing on defendant's motion for summary judgment, currently scheduled for 2:00 p.m. on October 15, 2015, shall be continued to December 10, 2015, at 2:00 p.m.   Plaintiff's opposition to this motion shall be due on November 5, 2015, and defendant's reply shall be due on November 12, 2015.

13  Dated:  October 5, 2015

    HON. J
    United S

    IT IS SO ORDERED
    Judge Jon S. Tigar

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT