DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant


SHAUN SETAREH (SBN 205514)
TUVIA KOROBKIN (SBN 268066)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com
tuvia@setarehlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>      Plaintiff,<br><br>  vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No. C 14-04858 JST<br><br>[Assigned to the Honorable Jon S. Tigar for All Purposes]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |

Plaintiff Michael Henry ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their undersigned counsel of record, stipulate and represent as follows:

1. In the February 12, 2015 Scheduling Order, the Court set a deadline of November 20, 2015 for the parties to participate in mediation.

2. The parties have discussed mediation and have agreed on potential mediators, but they have not been able to agree on a date. Plaintiff expressed his desire to proceed with mediation before the November 20 deadline, but defendant believes the process will be more productive if it occurs after the Court's ruling on defendant's pending motion for partial summary judgment as to plaintiff's unpaid overtime claim. The hearing date for that motion was continued to allow plaintiff to conduct discovery, and is currently scheduled for December 10, 2015.

3. Particularly with the upcoming holidays, and the difficulty in scheduling the mediators that the parties have agreed to use, the parties believe they will need an additional 120 days to complete mediation, including additional discovery the parties may need to conduct in advance of the mediation.

4. The parties have not previously requested a continuance of the mediation date.

NOW, THEREFORE, plaintiff and defendant hereby stipulate and agree as follows:

1. That the deadline for completing mediation, currently November 20, 2015 be continued to March 18, 2016.

Dated:  November 19, 2015        AKIN GUMP STRAUSS HAUER & FELD, LLP

By  */S/ Donna M. Mezias*
Donna M. Mezias
Attorneys for Defendant Home Depot U.S.A., Inc.

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE

1  Dated:  November 19, 2015          SETAREH LAW GROUP

3                                     By */S/ Shaun Setareh*
4                                        Shaun Setareh
                                         Attorneys for Plaintiff Michael Henry

6  **IT IS HEREBY ORDERED** that the deadline for completing mediation in this
7  matter shall be continued to March 18, 2016.

9  Dated:  November 23, 2015

                                       HON.
                                       Unied

   IT IS SO ORDERED
   Judge Jon S. Tigar

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On November 19, 2015, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE**, on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2015, at San Francisco, California.

Jeremias V. Cordero
[Print Name of Person Executing Proof]      [Signature]

CERTIFICATE OF SERVICE

110440458 v1