DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:   415-765-9500
Facsimile:   415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant

SHAUN SETAREH (SBN 205514)
TUVIA KOROBKIN (SBN 268066)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com
tuvia@setarehlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 14-04858 JST<br><br>[Assigned to the Honorable Jon S. Tigar for All Purposes]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |

Plaintiff Michael Henry ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their undersigned counsel of record, stipulate and represent as follows:

1. In the February 12, 2015 Scheduling Order, the Court set a deadline of November 20, 2015 for the parties to participate in mediation, which date was subsequently continued to March 18, 2016.

2. The parties have discussed mediation and have agreed on potential mediators, but they do not agree that the case is ready for mediation. Plaintiff has previously expressed his desire to proceed with mediation, but defendant believes mediation at this time will not be productive, and that the parties need the benefit of the Court's ruling on plaintiff's pending class certification motion as well as further time to develop and analyze their respective positions on the merits of plaintiff's claims for trial.

NOW, THEREFORE, plaintiff and defendant hereby stipulate and agree as follows:

1. That the deadline for completing mediation, currently March 18, 2016, be continued to September 19, 2016.

Dated: March 17, 2016     AKIN GUMP STRAUSS HAUER & FELD, LLP

By */S/ Donna M. Mezias*
Donna M. Mezias
Attorneys for Defendant Home Depot U.S.A., Inc.

Dated: March 17, 2016     SETAREH LAW GROUP

By */S/ Shaun Setareh*
Shaun Setareh
Attorneys for Plaintiff Michael Henry

1
2      **IT IS HEREBY ORDERED** that the deadline for completing mediation in this matter shall be continued to September 19, 2016.

3
4      Dated: ___March 17, 2016_____

5
6      HON. _____ 
7      United

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE