UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY,<br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC,<br>        Defendant. | Case No.  14-cv-04858-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 76 |

Before the Court is Defendant Home Depot U.S.A's Motion for Transfer of Venue.  ECF No. 76.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for August 4, 2016, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2016

                                                          JON S. TIGAR<br>
                                           United States District Judge